# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,     :    No. 2138 Disciplinary Docket No. 3
                                                    :
              Petitioner               :    No. 160 DB 2014
                                                    :
                 v.                    :    Attorney Registration No. 30215
                                                    :
THOMAS ALLEN CRAWFORD, JR.     :    (Allegheny County)
                                                    :
             Respondent             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of November, 2017, upon consideration of the Report and Recommendations of the Disciplinary Board, Thomas Allen Crawford, Jr. is disbarred from the Bar of the Commonwealth of Pennsylvania, and he shall comply with provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).